UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No:
1:25-10283-WGY

UNITED STATES
Plaintiff

Lexus Perez,
Denys Gonzalez
Hernandez
Defendants

## SCHEDULING ORDER

YOUNG, D.J.

An initial status conference in accordance with LR 116.5 was held on 7/29/2025.

Any substantive motions are to be filed by 11/24/2025. See LR 116.3(E) and (H).

Response to any motion is to be filed on or before 12/8/2025 See LR 116.3(I). A Final Pretrial Conference will be held on 12/15/2025 at 2:00 PM.

A joint memorandum in accordance with LR 116.5(C) is to be filed by 12/15/2025. A tentative trial date has been set for January 12, 2026 at 9:00 AM.

The time between 7/2/2025 and 1/12/2026 is excluded with the agreement of the defendant in the interest of justice as stated on the record.

By the Court,

/s/ Kellyann Belmont
Deputy Clerk

July 28, 2025