UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )         DOCKET NO. 25-CR-10283-WGY<br>)<br>LEXUS PEREZ                                  ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME

Now comes the defendant and respectfully moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 45(b)(1)(A) to extend the time for filings of motions in this case. The motions filing date is currently November 25, 2025. As grounds, the defendant states that he needs additional time to review the cell phone discovery in this case that is set to be provided by the United States in the coming days. The defendant is determining whether there is a viable motion to suppress the search of the defendant's cell phone pursuant to a search warrant as well as a viable motion to disclose information related to a confidential informant. The United States, represented by AUSA Philip Cheng, assents to this motion.

This extension is necessary to protect the defendant's rights to effective assistance of counsel and rights under the Fourth Amendment and Sixth Amendment of the United States Constitution.

                                                    Respectfully submitted,
                                                    LEXUS PEREZ
                                                    By his attorney:

                                                    */s/ David Leon*
                                                    _____
                                                    David Leon, BBO #681248
                                                    Leon & Davis, P.C.
                                                    132 Lincoln Street
                                                    Suite 5L
                                                    Boston, MA 02111
                                                    (508) 212-1041

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 25-CR-10283-WGY |
| ) | |
| LEXUS PEREZ ) | |

### AFFIDAVIT OF DEFENSE COUNSEL IN SUPPORT OF MOTION TO EXTEND TIME

I, David A. Leon, state the following is true to the best of my knowledge and belief:

1. I was appointed to represent the defendant in this matter.

2. I conferred with Assistant United States Attorney Philip Cheng on November 24, 2025, and he indicated that the United States will assent to this motion.

3. The factual representations in this motion are based on my personal knowledge.

Sworn to under the pains and penalties of perjury November 25, 2025.     */s/ David Leon*

### Certificate of Service

I swear under pains and penalties of perjury, that I provided this Motion to Assistant United States Attorney Philip Cheng via email on November 25, 2025.

*/s/ David Leon*